MC–275

| | |
|---|---|
| Name | ABE WILLIAMS, JR. |
| Address | M.C.S.P.  B-9-127L |
| | P.O. BOX 409040 |
| | IONE, CA 95640-9000 |
| CDC or ID Number | D-48163 |

**ORIGINAL**

**E-filing**

FILED

APR 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
DISTRICT OF CALIFORNIA

IN THE STATE OF CALIFORNIA

IN THE CALIFORNIA SUPREME COURT
(Court)

CV 08 2167

MHP

(PR

| | |
|---|---|
| ABE WILLIAMS, JR.,<br>Petitioner<br><br>vs.<br><br>M. MARTEL (A) WARDEN.<br>Respondent | **PETITION FOR WRIT OF HABEAS CORPUS**<br>**EVIDENTIARY HEARING DEMANDED**<br><br>No. _____<br>*(To be supplied by the Clerk of the Court)* |

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

MC–275

**This petition concerns:**

- [ ] A conviction      [X] Parole
- [ ] A sentence      [X] Credits
- [ ] Jail or prison conditions      [ ] Prison discipline
- [ ] Other (specify): _____

1. Your name: Abe Williams, Jr.

2. Where are you incarcerated? Mule Creek State Prison, Ione, California 95640

3. Why are you in custody? [X] Criminal Conviction [ ] Civil Commitment

   *Answer subdivisions a. through i. to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   Second Degree Murder w/deadly weapon

   b. Penal or other code sections: P.C. §§ 187, 190 and 12022.5

   c. Name and location of sentencing or committing court: Alameda County Superior Court, 1225 Fallon Street, Oakland, California 94612

   d. Case number: Superior Court No. 80451

   e. Date convicted or committed: October 15, 1986

   f. Date sentenced: January 18, 1987

   g. Length of sentence: 15-Years to life, + 3 one-year priors= 18 Years to Life

   h. When do you expect to be released? UNKNOWN

   i. Were you represented by counsel in the trial court? [X] Yes. [ ] No. If yes, state the attorney's name and address:

   Acted in Pro Per w/Advisory Counsel Scott Spear of Alameda County Public defender's office, 1225 Fallon St., Okland, CA 94612

4. What was the LAST plea you entered? (check one)

   [X] Not guilty [ ] Guilty [ ] Nolo Contendere [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   [X] Jury [ ] Judge without a jury [ ] Submitted on transcript [ ] Awaiting trial

6. GROUNDS FOR RELIEF                                                    MC–275

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

PETITIONER'S CONSTITUTIONAL RIGHTS UNDER THE FIFTH, FOURTEENTH (DUE

PROCESS AND EQUAL PROTECTION), EIGHTH AND FOURTEENTH AMENDMENTS

WERE VIOLATED, AS WELL AS HIS FEDERAL LIBERTY AND VESTED INTERESTS,

WHEN DENIED CREDITS MANDATED BY HIS SENTENCING STATUTE'S PROVISIONS

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where).* *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

ALL THE FACT RELATED TO THESE GROUNDS FOR HABEAS RELIEF ARE FOUND

IN PETITIONER'S "SEPARATELY BOUND SUPPORTING DOCUMENTS", (SEE,

ATTACHED **APPENDIX B**, EXHIBIT **#2**, COPY OF PETITIONER'S SUPERIOR

HABEAS PETITION, WITH ITS ATTACHED PAGES I THROUGH VI AND PAGES

1 THROUGH 53.

PETITIONER HAS ALSO ATTACHED A COPY OF THE FIRST DISTRICT COURT OF

APPEALS' HABEAS DENIAL (SEE, **APPENDIX A**.)

PETITIONER HAS ALSO ATTACHED A COPY OF THE ALAMEDA COUNTY SUPERIOR

COURT'S HABEAS DENIAL (SEE, **APPENDIX B**, AT ITS ATTACHED EXHIBIT **#1**).

PETITIONER HAS ALSO ATTACHED A COPY OF "PETITIONER'S SEPARATELY

BOUND SUPPORTING DOCUMENTS" (SEE, **APPENDIX B**, AT ITS ATTACHED

EXHIBIT **#2**, WITH ITS ATTACHED EXHIBITS A THROUGH U).

b. Supporting cases, rules, or other authority (optional):
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

ALL THE CASES SUPPORTING THESE GROUNDS FOR HABEAS RELIEF ARE FOUND

IN **APPENDIX B**, AT ITS ATTACHED EXHIBIT **#2**, AT PAGES III THROUGH VI,

AND PAGES 46 THROUGH 51.

7. **Ground 2 or Ground _____** *(if applicable):*                                          MC–275

THE BOARD OF PRISON HEARINGS (BPH) DECISION DENYING PETITIONER
PAROLE AT HIS SIXTH SUBSEQUENT PAROLE HEARING, WAS ARBITRARY AND
CAPRICIOUS, AND THE BOARD MEMBERS ACTED IN A BIASED AND FUNDAMENTALLY
UNFAIR MANNER, THUS DENYING PETITIONER DUE PROCESS AND EQUAL PROTECTION

a. Supporting facts:

ALL THE FACTS RELATED TO THESE GROUNDS FOR HABEAS RELIEF ARE FOUND
IN PETITIONER'S "SEPARATELY BOUND SUPPORTING DOCUMENTS", (SEE,
ATTACHED **APPENDIX B**, AT ITS EXHIBIT **#2**, PAGES 1 THROUGH 45, AND
PAGES 52 THROUGH 53).(COPY OF PETITIONER'S SUPERIOR COURT HABEAS
PETITION).

b. Supporting cases, rules, or other authority:

ALL CASES SUPPORTING THESE GROUNDS FOR HABEAS RELIEF ARE FOUND IN
**APPENDIX B**, AT ITS ATTACHED EXHIBIT **#2**, AT PAGES III THROUGH IV, AND
PAGES 1 THROUGH 45 AND PAGES 52 THROUGH 53.

7.        **Ground**    3    *(if applicable):*                                                                **MC–275**

THE STATE COURT HABEAS DECISION IS CONTRARY TO AND/OR INVOLVED AN

UNREASONABLE APPLICATION OF, CLEARLY ESTABLISHED U.S. SUPREME COURT

AUTHORITY, WAS OBJECTIVELY UNREASONABLE; AND WAS AN UNREASONABLE

DETERMINATION OF THE FACTS IN LIGHT OF STATE COURT PROCEEDINGS EVIDENCE.

a.  Supporting facts:
    (1) REGARDING THE DENIAL OF CREDITS GROUNDS, ARGUES THE STATE

    COURT DECISION IS CONTRARY TO, AN UNREASONABLE APPLICATION OF,

    AND AN UNREASONABLE DETERMINATION OF THE FACTS, PURSUANT TO SUPREME

    COURT AUTHORITY: WOLFF V. NCDONALD (1974) 418 U.S. 539; PREISER V.

    RODRIGUEZ (1973) 411 U.S. 475 (ALSO SEE: TOUSSAINT V. MCCARTHY

    (9TH CIR. 1986) 801 F.2D 1080). WEAVER V. GRAHAM (1981) 450 U.S. 24


    (2) REGARDING THE UNFAIR AND BIASED PAROLE HEARING AND DENIAL OF

    PAROLE, PETITIONER ARGUES, THE STATE COURT DECISION IS CONTRARY TO,

    AN UNREASONABLE APPLICATION OF, AND AN UNREASONABLE DETERMINATION

    OF THE FACTS, PURSUANT TO SUPREME COURT AUTHORITY: GREEHOLTZ V.

    INMATES OF NEBRASKA PENAL & CORRECTIONAL COMPLEX (1979) 442 U.S. 1;

    BOARD OF PARDONS V. ALLEN (1987) 482 U.S. 369;


    (3) ADDITIONALLY, PETITIONER CITES: LEHMAN V. LYCOMING COUNTY-

    CHILDREN'S SERV. AGENCY (1982) 458 U.S. 502, 512-513; JOHNSON V.

    LUMPKIN (9TH CIR. 1985) 762 F.2D 630, 636 (APPLICATION OF RES

    JUDICATA TO FEDERAL HABEAS, I.E., RESJUDICATA DOES NOT APPLY).

b.  Supporting cases, rules, or other authority:
    SEE ABOVE CITED CASES

7.        ·Ground    4    *(if applicable):*                                                        **MC–275**

PETITIONER SEEKS A STATE EVIDENTIARY HEARING TO SETTLE FACTUAL

DISPUTES.

a. Supporting facts:

THERE ARE SIGNIFICANT ISSUES FACT IN DISPUTE SURROUNDING THE ISSUES

RAISED IN PETITIONERS HABEAS PETITIONS, WHICH HAVE NEITHER BEEN

ADDRESSED OR SETTLED BY THE LOWER STATE COURTS. PETITIONER IS INTITLED

TO AN EVIDENTIARY HEARING AS A MATTER OF LAW, BECAUSE, PETITIONER

ALLEGES IT IS IMPOSSIBLE TO DETERMINE THE ISSUES RAISED IN HABEAS

PETITIONS, WITHOUT FIRST CONSIDERING, ADJUDICATING AND DETERMING THE

FACTUAL ISSUES RAISED. FOR EXAMPLE, THE CLAIMS INVOLVING THE UNFAIRNESS

OF PETITIONER'S PAROLE BOARD PANEL IN DETERMINING PAROLE SUITABILITY,

AND PETITIONER'S CLAIMS REGARDING THE DENIAL OF CONSTITUTIONALLY

PROTECTED CREDITS.

b. Supporting cases, rules, or other authority:

FIFTH AND FOURTEENTH AMENDMENT OF THE U.S. CONSTITUTION

MC–275

8. Did you appeal from the conviction, sentence, or commitment?  [X] Yes.  ☐  No. If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

N/A

b. Result _____ N/A _____  c. Date of decision: _____ N/A _____

d. Case number or citation of opinion, if known: _____ N/A _____

e. Issues raised:  (1) _____ N/A _____

(2) _____ N/A _____

(3) _____ N/A _____

f. Were you represented by counsel on appeal?  [X] Yes.  ☐  No. If yes, state the attorney's name and address, if known:

N/A

9. Did you seek review in the California Supreme Court?  [X] Yes  ☐  No. If yes, give the following information:

a. Result _____ N/A _____  b. Date of decision: _____ N/A _____

c. Case number or citation of opinion, if known: _____ N/A _____

d. Issues raised:  (1) _____ N/A _____

(2) _____ N/A _____

(3) _____ N/A _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

N/A

N/A

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

N/A

N/A

N/A

N/A

N/A

N/A

N/A

N/A

b. Did you seek the highest level of administrative review available?  ☐ Yes.  ☐ No.   N/A

*Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, **MC–275** commitment, or **Issue** in any court?  ☐ Yes. If yes, continue with number 13.  ☐ No. If no, skip to number 15.

13. a.  (1) Name of court: _____  N/A _____

  (2) Nature of proceeding (for example, "habeas corpus petition"): _N/A_ _____

  (3) Issues raised: (a) _____  N/A _____

    (b) _____  N/A _____

  (4) Result (Attach order or explain why unavailable): _____  N/A _____

  (5) Date of decision: _____  N/A _____

  b.  (1) Name of court: _____  N/A _____

  (2) Nature of proceeding: _____  N/A _____

  (3) Issues raised: (a) _____  N/A _____

    (b) _____  N/A _____

  (4) Result (Attach order or explain why unavailable): _____  N/A _____

  (5) Date of decision: _____  N/A _____

  c.  For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

  _____  N/A _____
  _____  N/A _____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)

  _____  N/A _____

  _____  N/A _____

16. Are you presently represented by counsel?  ☐ Yes.  ☒ No. If yes, state the attorney's name and address, if known:

  _____  N/A _____
  _____  N/A _____

17. Do you have any petition, appeal, or other matter pending in any court?  ☐ Yes.  ☒ No. If yes, explain:

  _____  N/A _____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

  _____  N/A _____

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: _April 23, 2008_  ▶ _(signature)_ _____
(SIGNATURE OF PETITIONER)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| ABE WILLIAMS, JR. D-48163 B-9-127L M.C.S.P. P.O. BOX 409040 IONE, CA 95640-9000 IN PRO PER | |

TELEPHONE NO.:          FAX NO.:

ATTORNEY FOR *(Name):*

COURT      CALIFORNIA SUPREME COURT
STREET ADDRESS:  350 McALLISTER STREET
MAILING ADDRESS:
CITY AND ZIP CODE:  SAN FRANCISCO, CA 94102-4797
BRANCH NAME:

PETITIONER/PLAINTIFF:  ABE WILLIAMS, JR.

RESPONDENT/DEFENDANT:  M. MARTEL (A) WARDEN

| PROOF OF SERVICE BY MAIL | CASE NUMBER: |
|---|---|

1. I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:  P.O. BOX 409040, M.C.S.P., IONE, CA 95640

3. I served a copy of the following documents *(specify):*
   [X] Petition for Writ of Habeas Corpus          [] _____

   by enclosing them in an envelope AND
   a. [X] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served:  CLERK, SUPREME COURT          [] STATE ATTORNEY GENERAL
   b. Address:  350 McALLISTER ST.                          P. O. Box 944255
       SAN FRANCISCO, CA 94102                              Sacramento, CA 94244
   c. Date mailed:
   d. Place of mailing *(city and state):*

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4-23-2008

ABE WILLIAMS, JR.
(TYPE OR PRINT NAME)

▶ *(signature)*

(SIGNATURE OF PERSON COMPLETING THIS FORM)

**PROOF OF SERVICE BY MAIL**

**E-filing**

1

2   Clerk, of the California Supreme Court,

3

4           Please find enclosed the following documents and pleadings:

5           (1) "One" <u>ORIGINAL</u> copy of Petitioner's Petition for Writ
               of Habeas Corpus.

6           (2) "Ten" <u>COPIES</u> of Petitioner's Petition for Writ of
               Habeas Corpus.

7

8           (3) "One" <u>ORIGINAL</u> and "One" <u>COPY</u> of Petitioner's Separately
               Bound Supporting Documents.

9           (4) "One" <u>COPY</u> of the "Cover-Sheet" of Habeas Petition,
               and "One" <u>COPY</u> of the "Cover-Sheet' of Separately
10             Bound Supporting Documents.

11          Please file the enclosed documents/pleadings with the
     Court, and return the two "Cover-Sheets" to me in the self-
12   addressed-stamped-envelope enclosed, with the Court's dated
     stamp affixed for my personal records. Thank you.

13

14                           Respectfully submitted,

15

16                           Abe Williams, Jr.
                             In Pro Per

17

18

19
/
20

21

22

23

24

25

26

27

28

Yes - same person - same judge (JPV -Vukasin Case # 91-2589)
original docketed by Felicia and sent to Pro Se - no pro se law clerk for JPV.
Documents should be treated as a new case - see attached

CV 08 2167

E-filing

MHP

(PR)

# CV 08    2167

, CLOSED, ICMS

### U.S. District Court
### California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:89-cv-01385-TEH
### Internal Use Only

*MHP*

Abe Williams v. Thomas Kreeft, et al
Assigned to: Judge Thelton E. Henderson
Demand: $0
Case in other court: 91-16316
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/21/1989
Date Terminated: 04/05/1994
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Abe Williams, Jr**

V.

**Defendant**

**Thomas Kreeft**
*TERMINATED: 01/07/1991*

**Defendant**

**Alameda County Sheriff's Department**
*TERMINATED: 01/07/1991*

**Defendant**

**Thomas Kreeft**
*Deputy*

**Defendant**

**Ruiz**
*Deputy*

*[handwritten: 4/25/08 Pro Se The attached case need to be reassigned (per MHP). Can you tell if he is the same person as this inmate in C89-1385 TEH? ...]*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/1989 | 1 | COMPLAINT (no process) (cb, COURT STAFF) (Entered: 12/07/1990) |
| 08/03/1989 | 7 | ORDER by Judge Thelton E. Henderson In forma pauperis Affidavit Granted (cc: all counsel) (cb, COURT STAFF) (Entered: 12/07/1990) |
| 03/01/1990 | 15 | ANSWER by defendant Thomas Kreft (cb, COURT STAFF) (Entered: 12/07/1990) |
| 03/21/1990 | 16 | REPLY to Answer by plaintiff Abe Williams Jr re [15-1] (cb, COURT STAFF) |

| | | |
|---|---|---|
| | | (Entered: 12/07/1990) |
| 11/08/1990 | | (Court only) Docket Modification (Utility Event) for order , Case reassigned to Judge John P. Vukasin Jr. (cb, COURT STAFF) (Entered: 11/26/1990) |
| 12/05/1990 | 56 | LETTER dated 11/29/90 from plaintiff Abe Williams Jr re Amended Complaint (cb, COURT STAFF) (Entered: 12/07/1990) |
| 12/05/1990 | 57 | MOTION by plaintiff Abe Williams Jr to amend (cb, COURT STAFF) (Entered: 12/07/1990) |
| 12/05/1990 | | RECEIVED Amended Complaint submitted by plaintiff Abe Williams Jr (cb, COURT STAFF) (Entered: 12/07/1990) |
| 01/07/1991 | 58 | ORDER by Judge John P. Vukasin Jr. Plaintiff may file an Amended Complaint, Clerk to issue summons (cc: all counsel) (cb, COURT STAFF) (Entered: 01/10/1991) |
| 01/07/1991 | 60 | AMENDED COMPLAINT [1-1] by plaintiff Abe Williams Jr correcting name of Thomas Kreeft,adding deputy Ruiz (cb, COURT STAFF) (Entered: 02/08/1991) |
| 01/24/1991 | 59 | REQUEST by plaintiff Abe Williams Jr re status (cb, COURT STAFF) (Entered: 01/28/1991) |
| 02/07/1991 | | SUMMONS issued as to defendant Thomas Kreeft, defendant Ruiz re Amended Complaint (cb, COURT STAFF) (Entered: 02/08/1991) |
| 02/21/1991 | 61 | RETURN OF SERVICE executed upon defendant Ruiz on 2/20/91 returned unexecuted as to Defendant Kreeft (attorney Weverka not located) (cb, COURT STAFF) (Entered: 02/22/1991) |
| 02/28/1991 | | RECEIVED leter re service of summons re defendant Kreeft submitted by plaintiff Abe Williams Jr (cb, COURT STAFF) (Entered: 03/01/1991) |
| 02/28/1991 | 62 | LETTER dated 2/26/91 from Abe Williams Jr to Clerk re Service of Summons (cb, COURT STAFF) (Entered: 03/01/1991) |
| 02/28/1991 | 63 | ANSWER by defendant Ruiz to Amended Complaint (cb, COURT STAFF) (Entered: 03/04/1991) |
| 02/28/1991 | 64 | ANSWER by defendant Thomas Kreeft to Amended Complaint (cb, COURT STAFF) (Entered: 03/04/1991) |
| 03/28/1991 | 65 | LETTER dated 3/25/91 from Abe Williams Jr re: subpoena (cb, COURT STAFF) (Entered: 03/29/1991) |
| 04/02/1991 | 66 | PROOF OF SERVICE of subpoena, served to Sgt. R.W. Miller, 4/1/91 (cb, COURT STAFF) (Entered: 04/03/1991) |
| 04/16/1991 | 67 | SCHEDULING ORDER by Judge John P. Vukasin Jr. : ; non-jury trial set for 10:00 9/23/91 (cc: all counsel) (jlw, COURT STAFF) (Entered: 04/17/1991) |
| 04/25/1991 | 68 | MOTION by plaintiff Abe Williams Jr for reconsideration of Scheduling Order (jlw, COURT STAFF) (Entered: 04/29/1991) |
| | | |

| 04/25/1991 | 69 | DECLARATION by Abe Williams Jr., plaintiff on behalf of himself re motion for reconsideration of Scheduling Order [68-1] (jlw, COURT STAFF) (Entered: 04/29/1991) |
|---|---|---|
| 04/26/1991 | 70 | MOTION by defendant Thomas Kreeft to strike For Failure to Obtain Court Consent to Add Parties (jlw, COURT STAFF) (Entered: 04/29/1991) |
| 04/30/1991 | 71 | ORDER by Judge John P. Vukasin Jr. denying motion for reconsideration of Scheduling Order [68-1] (cc: all counsel) ( Date Entered 5/1/91) (jlw, COURT STAFF) (Entered: 05/01/1991) |
| 05/06/1991 | 72 | ORDER by Judge John P. Vukasin Jr. granting motion to strike additional plaintiff from First Amended Complaint [70-1] (cc: all counsel) ( Date Entered 5/7/91) (jlw, COURT STAFF) (Entered: 05/07/1991) |
| 05/06/1991 | 73 | OPPOSITION by plaintiff Abe Williams Jr to motion to strike [70-1] (jlw, COURT STAFF) (Entered: 05/07/1991) |
| 05/09/1991 | 74 | REQUEST by plaintiff Abe Williams Jr for status re service of subpeona duces tecum (jlw, COURT STAFF) (Entered: 05/16/1991) |
| 06/14/1991 | 75 | MOTION by plaintiff Abe Williams Jr for leave to Second Amended Complaint (jlw, COURT STAFF) (Entered: 06/17/1991) |
| 06/14/1991 | 76 | AFFIDAVIT of plaintiff Abe Williams, Jr. regarding motion for leave to [75-1] (jlw, COURT STAFF) (Entered: 06/17/1991) |
| 06/14/1991 |  | RECEIVED Second Amended Complaint submitted by plaintiff Abe Williams Jr (jlw, COURT STAFF) (Entered: 06/17/1991) |
| 06/14/1991 |  | RECEIVED Letter to the Clerk of the Court submitted by plaintiff Abe Williams Jr (jlw, COURT STAFF) (Entered: 06/17/1991) |
| 07/05/1991 | 77 | MOTION by defendants Thomas Kreeft et al for summary judgment before Judge John P. Vukasin Jr. with Notice set for 8/1/91 at 10:00 (jlw, COURT STAFF) (Entered: 07/08/1991) |
| 07/11/1991 | 78 | AMENDMENT by defendant Thomas Kreeft to motion for summary judgment before Judge John P. Vukasin Jr. [77-1] (jlw, COURT STAFF) (Entered: 07/12/1991) |
| 07/15/1991 | 79 | OPPOSITION by defendant Thomas Kreeft to motion for leave to [75-1] (jlw, COURT STAFF) (Entered: 07/17/1991) |
| 07/15/1991 | 80 | ORDER by Magistrate Claudia Wilken after in Camera review of documents ( Date Entered: 7/18/91) (cc: all counsel) (jlw, COURT STAFF) (Entered: 07/18/1991) |
| 07/26/1991 | 81 | OPPOSITION by plaintiff Abe Williams Jr to amend [78-1] (jlw, COURT STAFF) (Entered: 07/30/1991) |
| 07/26/1991 | 82 | OPPOSITION by plaintiff Abe Williams Jr to motion for summary judgment before Judge John P. Vukasin Jr. [77-1] (jlw, COURT STAFF) (Entered: 07/30/1991) |
|  |  |  |

| 07/29/1991 | 83 | AMENDMENT by plaintiff Abe Williams Jr to opposition [82-1] (jlw, COURT STAFF) (Entered: 08/01/1991) |
| 07/29/1991 | 84 | REPLY by plaintiff Abe Williams Jr re opposition [79-1] (jlw, COURT STAFF) (Entered: 08/01/1991) |
| 07/30/1991 | 85 | AMENDMENT by plaintiff Abe Williams Jr to reply [84-1] (jlw, COURT STAFF) (Entered: 08/01/1991) |
| 08/01/1991 | 86 | Ex Parte REQUEST by plaintiff Abe Williams Jr for statement or order re palintiff's in forma pauperis status (jlw, COURT STAFF) (Entered: 08/02/1991) |
| 08/01/1991 | 87 | DECLARATION by plaintiff on behalf of plaintiff Abe Williams Jr re request [86-1] (jlw, COURT STAFF) (Entered: 08/02/1991) |
| 08/01/1991 | | RECEIVED Order (jlw, COURT STAFF) (Entered: 08/02/1991) |
| 08/02/1991 | 88 | REPLY by defendant Thomas Kreft re opposition [82-1] (jlw, COURT STAFF) (Entered: 08/05/1991) |
| 08/02/1991 | 89 | DECLARATION by Christopher L. Aguilar on behalf of defendants Thomas Kreeft et al re reply [88-1] (jlw, COURT STAFF) (Entered: 08/05/1991) |
| 08/07/1991 | 90 | AMENDMENT by plaintiff Abe Williams Jr to opposition [82-1] (jlw, COURT STAFF) (Entered: 08/08/1991) |
| 08/12/1991 | 91 | REQUEST by plaintiff Abe Williams Jr for compliance with magistrate's production of documents order (th, COURT STAFF) (Entered: 08/14/1991) |
| 08/12/1991 | 92 | DECLARATION by and on behalf of plaintiff Abe Williams Jr in support re request [91-1] (th, COURT STAFF) (Entered: 08/14/1991) |
| 08/12/1991 | 93 | ORDER by Judge John P. Vukasin Jr. granting defendant's motion for summary judgment [77-1], denying plaintiff's motion for leave to amend[75-1] dismissing case ( Date Entered: 8/14/91) (cc: all counsel) (th, COURT STAFF) (Entered: 08/14/1991) |
| 08/12/1991 | 94 | JUDGMENT: by Judge John P. Vukasin Jr. granting defendant's motion for summary judgment [77-1], denying plaintiff's motion for leave to amend [75-1] ( Date Entered: 8/12/91) (cc: all counsel) (th, COURT STAFF) (Entered: 08/14/1991) |
| 08/13/1991 | 95 | NOTICE by plaintiff Abe Williams Jr of Alameda County Sheriff's Dept.'s Non-compliance with Magistrate's Production of Documents Order & Request for Order of Compliance (jlw, COURT STAFF) (Entered: 08/19/1991) |
| 08/13/1991 | 96 | AFFIDAVIT of Abe Williams regarding notice [95-1] (jlw, COURT STAFF) (Entered: 08/19/1991) |
| 08/16/1991 | 104 | EX PARTE LETTER dated 8/16/91 re production of documents requested from Abe Williams Jr (dm, COURT STAFF) (Entered: 08/28/1991) |
| 08/22/1991 | 97 | BILL OF COSTS submitted by defendant Alameda Cty Sheriff re judgment [94-1] in the amount of $263.15 (dm, COURT STAFF) (Entered: 08/23/1991) |
| 08/22/1991 | 98 | DECLARATION by Christopher L. Aquilar on behalf of defendant Ruiz, |

| | | defendant Thomas Kreeft, defendant Thomas Kreft, defendant Alameda Cty Sheriff re bill of costs [97-1] (dm, COURT STAFF) (Entered: 08/23/1991) |
|---|---|---|
| 08/22/1991 | 99 | NOTICE OF APPEAL by plaintiff Abe Williams Jr from Dist. Court decision [93-2] IFP/TNO sent (dm, COURT STAFF) (Entered: 08/23/1991) |
| 08/22/1991 | 102 | ORDER/NOTICE by Magistrate Judge Claudia Wilken of receipt of plaintiff's motion for an order of compliance which is moot due to order of 8/12/91 granting motion for summary judgment ( Date Entered: 8/28/91) (cc: all counsel) (dm, COURT STAFF) (Entered: 08/28/1991) |
| 08/26/1991 | 100 | ORDER by Magistrate Judge Claudia Wilken allowing documents produced by Alameda North County Jail for In Camera Review be filed UNDER SEAL ( Date Entered: 8/27/91) (cc: all counsel) (dm, COURT STAFF) (Entered: 08/27/1991) |
| 08/26/1991 | 101 | REMARK Documents produced by Alameda North County Jail for in-camera review in response to the plaintiff's subpoena duces tecum filed UNDER SEAL (dm, COURT STAFF) (Entered: 08/27/1991) |
| 08/26/1991 | 103 | ORDER by Magistrate Judge Claudia Wilken sealing documents produced by Alameda North County Jail for in-camera review ( Date Entered: 8/28/91) (cc: all counsel) (dm, COURT STAFF) (Entered: 08/28/1991) |
| 08/30/1991 | | NOTIFICATION by Circuit Court of Appellate Docket Number 91-16316 (dm, COURT STAFF) (Entered: 08/30/1991) |
| 09/04/1991 | 105 | OPPOSITION by plaintiff Abe Williams Jr to bill of costs [97-1] (jlw, COURT STAFF) (Entered: 09/05/1991) |
| 09/04/1991 | 106 | AFFIDAVIT of Abe Wiiliamsw regarding opposition [105-1] (jlw, COURT STAFF) (Entered: 09/05/1991) |
| 09/06/1991 | 107 | NOTICE by plaintiff Abe Williams Jr of Appellant of transcripts portions to be ordered (jlw, COURT STAFF) (Entered: 09/10/1991) |
| 09/10/1991 | | CERTIFICATE of Record mailed to USCA, counsel notified. (jlw, COURT STAFF) (Entered: 09/10/1991) |
| 09/17/1991 | 108 | Ex Parte REQUEST by plaintiff Abe Williams Jr for copy of District Court Order granting plaintiff to proceed in forma pauperis on appeal (jlw, COURT STAFF) (Entered: 09/18/1991) |
| 09/25/1991 | 109 | NOTICE by plaintiff Abe Williams Jr of No Reporters Transcripts Ordered On Appeal (jlw, COURT STAFF) (Entered: 09/26/1991) |
| 09/26/1991 | | CERTIFICATE of Record mailed to USCA, counsel notified. (jlw, COURT STAFF) (Entered: 09/26/1991) |
| 10/01/1991 | 110 | MOTION by plaintiff Abe Williams Jr re In forma pauperis Affidavit (jlw, COURT STAFF) (Entered: 10/02/1991) |
| 10/01/1991 | 111 | DECLARATION by Abe Williams re motion In forma pauperis Affidavit [110-1] (jlw, COURT STAFF) (Entered: 10/02/1991) |
| | | |

| 10/01/1991 | | RECEIVED Order re: [110-1] (jlw, COURT STAFF) (Entered: 10/02/1991) |
|---|---|---|
| 11/04/1991 | 112 | ORDER by Judge John P. Vukasin Jr. denying request [108-1] (Date Entered: 11/5/91) (cc: all counsel) (jlw, COURT STAFF) (Entered: 11/05/1991) |
| 09/14/1992 | | RECORD on Appeal to USCA, cnsl notified. re appeal [99-1] (jlw, COURT STAFF) (Entered: 09/24/1992) |
| 09/21/1992 | 113 | RECEIPT Filed for record on appeal sent to USCA (jlw, COURT STAFF) (Entered: 09/24/1992) |
| 04/19/1993 | 114 | CERTIFIED COPY of USCA Order: Affirming in part and Reversing and Remanding the Decision of the District Court [Appeal [99-1] for further proceedings (jlw, COURT STAFF) (Entered: 04/21/1993) |
| 04/21/1993 | 115 | CLERK's letter spreading the mandate to counsel. re appeal [99-1] (jlw, COURT STAFF) (Entered: 04/21/1993) |
| 06/07/1993 | 116 | RECORD ON APPEAL RETURNED FROM USCA [99-1] (jlw, COURT STAFF) (Entered: 06/10/1993) |
| 08/05/1993 | 117 | LETTER dated 8/1/93 from Abe Williams Jr requesting status of his case (jlw, COURT STAFF) (Entered: 08/06/1993) |
| 08/09/1993 | 118 | LETTER from Writ Clerk dated 8/10/93 to plaintiff Abe Williams regarding request for status of his case (jlw, COURT STAFF) (Entered: 08/10/1993) |
| 09/28/1993 | 119 | ORDER by clerk Case reassigned to Judge Thelton E. Henderson (Date Entered: 9/30/93) (cc: all counsel) (tn, COURT STAFF) (Entered: 09/30/1993) |
| 10/14/1993 | 120 | ORDER by Judge Thelton E. Henderson that the parties shall have until 12/1/93 to complete all discovery; and that both parties shall file a motion for summary judgment or other dispositive motion by 1/15/94 (cc: all counsel) (tn, COURT STAFF) (Entered: 10/19/1993) |
| 11/16/1993 | | RECEIVED letter submitted by plaintiff Abe Williams Jr re: filing of motion for appointment of counsel & supporting documents thereon [3:89-cv-01385] (tn, COURT STAFF) (Entered: 11/24/1993) |
| 11/16/1993 | 121 | EX-PARTE APPLICATION by plaintiff Abe Williams Jr for appointment of counsel [3:89-cv-01385] (tn, COURT STAFF) (Entered: 11/24/1993) |
| 11/16/1993 | 122 | BRIEF by plaintiff Abe Williams Jr in support of its motion for appointment of counsel [121-1] [3:89-cv-01385] (tn, COURT STAFF) (Entered: 11/24/1993) |
| 11/16/1993 | 123 | AFFIDAVIT of plaintiff Abe Williams, Jr. in support of its motion for appointment of counsel [121-1] [3:89-cv-01385] (tn, COURT STAFF) (Entered: 11/24/1993) |
| 11/19/1993 | | RECEIVED cover letter submitted by plaintiff Abe Williams Jr. re: notice of motion for extension of time; affidavit in support of the motion, and [proposed] order [3:89-cv-01385] (tn, COURT STAFF) (Entered: 11/26/1993) |
| 11/19/1993 | 124 | NOTICE OF MOTION AND MOTION by plaintiff Abe Williams Jr for extension of time [3:89-cv-01385] (tn, COURT STAFF) (Entered: 11/26/1993) |

| 11/19/1993 | 125 | AFFIDAVIT of plaintiff Abe Williams, Jr. in support of its motion for extension of time [124-1] [3:89-cv-01385] (tn, COURT STAFF) (Entered: 11/26/1993) |
| 11/19/1993 | | RECEIVED [proposed] Order (plaintiff Abe Williams Jr) re: [124-1] [3:89-cv-01385] (tn, COURT STAFF) (Entered: 11/26/1993) |
| 11/23/1993 | 126 | ORDER by Judge Thelton E. Henderson denying plaintiff's motion for appointment of counsel [121-1] without prejudice (cc: all counsel) [3:89-cv-01385] (tn, COURT STAFF) (Entered: 11/26/1993) |
| 12/01/1993 | | RECEIVED plaintiff's service of declaration/affidavits and formal request for north county jail documents [3:89-cv-01385] (tn, COURT STAFF) (Entered: 12/07/1993) |
| 02/09/1994 | 127 | LETTER dated 1/31/94 from Abe Williams, Jr. to clerk re filing of exparte request for extension of time [3:89-cv-01385] (tn, COURT STAFF) (Entered: 02/11/1994) |
| 02/09/1994 | 128 | EX-PARTE APPLICATION by plaintiff Abe Williams, Jr. for extension of time [3:89-cv-01385] (tn, COURT STAFF) (Entered: 02/11/1994) |
| 02/09/1994 | 129 | DECLARATION of plaintiff Abe Williams, Jr. re exparte application for extension of time [128-1] [3:89-cv-01385] (tn, COURT STAFF) (Entered: 02/11/1994) |
| 02/10/1994 | 130 | ORDER by Judge Thelton E. Henderson that plaintiff is to be permitted direct, physical access to the law library for a minimum of 10 hrs. per week; that 3/15/94 is the deadline by which parties must complete all discovery; that parties shall file a motion for summary judgment or other dispositive motion by 4/30/94 [see order for more info.] (cc: all counsel) [3:89-cv-01385] (tn, COURT STAFF) (Entered: 02/15/1994) |
| 02/22/1994 | 131 | LETTER dated 2/18/94 from plaintiff to clerk re: subpoena duces tecum form [3:89-cv-01385] (tn, COURT STAFF) (Entered: 02/23/1994) |
| 02/28/1994 | 132 | LETTER dated 2/24/94 from Abe Williams, Jr. to clerk re filing of the exparte notice of status of the court's order of 2/10/94i, and an affidavit in support thereof [3:89-cv-01385] (tn, COURT STAFF) (Entered: 03/04/1994) |
| 02/28/1994 | 133 | EX-PARTE plaintiff Abe Williams Jr of status of the court's order of 2/10/94 [3:89-cv-01385] (tn, COURT STAFF) (Entered: 03/04/1994) |
| 02/28/1994 | 134 | AFFIDAVIT of plaintiff Abe Williams, Jr. re exparte notice of status of the court's order of 2/10/94 [133-1] [3:89-cv-01385] (tn, COURT STAFF) (Entered: 03/04/1994) |
| 03/02/1994 | 135 | LETTER dated 2/27/94 from plaintiff Abe Williams, Jr. to clerk re filing of request for status & scheduling conference, and affidavit in support thereof [3:89-cv-01385] (tn, COURT STAFF) (Entered: 03/04/1994) |
| 03/02/1994 | 136 | REQUEST by plaintiff Abe Williams, Jr. for status and scheduling conference [3:89-cv-01385] (tn, COURT STAFF) (Entered: 03/04/1994) |
| 03/02/1994 | 137 | AFFIDAVIT of plaintiff Abe Williams, Jr. re request [136-1] [3:89-cv-01385] (tn, COURT STAFF) (Entered: 03/04/1994) |

| 03/07/1994 | | RECEIVED request for further production of documents from non-party North County Jail and Alameda County's Sheriff's Department submitted by plaintiff Abe Williams, Jr. [3:89-cv-01385] (tn, COURT STAFF) (Entered: 03/22/1994) |
|---|---|---|
| 03/08/1994 | 138 | NOTICE OF MOTION AND MOTION by defendants to dissolve injunctive order with Notice set for 10:00 a.m. on 4/11/94 [3:89-cv-01385] (tn, COURT STAFF) (Entered: 03/09/1994) |
| 03/08/1994 | 139 | MEMORANDUM of points and authorities by defendants in support of their motion to dissolve injunctive order [138-1] [3:89-cv-01385] (tn, COURT STAFF) (Entered: 03/09/1994) |
| 03/08/1994 | 140 | DECLARATION of Correctional Officer G. Coleman on behalf of defendants re motion to dissolve injunctive order [138-1] [3:89-cv-01385] (tn, COURT STAFF) (Entered: 03/09/1994) |
| 03/08/1994 | | RECEIVED letter, exparte notice of current status, and affidavit in support thereof submitted by plaintiff [3:89-cv-01385] (tn, COURT STAFF) (Entered: 03/09/1994) |
| 03/11/1994 | 141 | EXPARTE REQUEST by plaintiff Abe Williams Jr for order [3:89-cv-01385] (tn, COURT STAFF) (Entered: 03/11/1994) |
| 03/11/1994 | 142 | AFFIDAVIT of plaintiff Abe Williams, Jr. regarding exparte request for order [141-1] [3:89-cv-01385] (tn, COURT STAFF) (Entered: 03/11/1994) |
| 03/30/1994 | 143 | ORDER by Judge Thelton E. Henderson re motion of the California Department of Correction to dissolve the injunctive provisions of the court's 2/10/94 order [see order for more info.] (cc: all counsel) [3:89-cv-01385] (tn, COURT STAFF) (Entered: 04/01/1994) |
| 04/05/1994 | 144 | STIPULATION and ORDER by Judge Thelton E. Henderson: dismissing case with prejudice, each party shall bear their own fees and costs; appeal filing ddl 5/6/94 [Date Entered: 4/6/94] (cc: all counsel) [3:89-cv-01385] (tn, COURT STAFF) (Entered: 04/06/1994) |
| 04/11/1994 | 145 | MOTION by plaintiff Abe Williams, Jr. for reconsideration of District Court's 3/10/94 order , and/or clarification of order [3:89-cv-01385] (tn, COURT STAFF) (Entered: 04/13/1994) |
| 04/11/1994 | 146 | MEMORANDUM of points and authorities by plaintiff Abe Williams, Jr. in support of its motion for reconsideration of District Court's 3/10/94 order [145-1], and/or clarification of order [145-2] [3:89-cv-01385] (tn, COURT STAFF) (Entered: 04/13/1994) |
| 04/11/1994 | 147 | DECLARATION of plaintiff Abe Williams, Jr. in support of its motion for reconsideration of District Court's 3/10/94 [145-1] and/or clarification of order [145-2] [3:89-cv-01385] (tn, COURT STAFF) (Entered: 04/13/1994) |
| 02/04/1997 | | (Court only) Motion(s) administratively terminated: [145-1], [145-2] [3:89-cv-01385] (slh, COURT STAFF) (Entered: 02/04/1997) |

From:             Felicia Reloba/CAND/09/USCOURTS

Recipients:       Loreta Soriano/CAND/09/USCOURTS@USCOURTS

Subject:          Re: 91--2589 JPV

Date:             08:17:00 AM Today

| 04/24/2008 | 34 | **ERRONEOUSLY E-FILED, DISREGARD**<br>MOTION to Vacate Judgment filed by Abe Williams, Jr. (Attachments: # 1 Part Two, # 2 Part Three, # 3 Part Four, # 4 Part Five, # 5 Part Six)(far, COURT STAFF) (Filed on 4/24/2008) Modified on 4/25/2008 (far, COURT STAFF). (Entered: 04/24/2008) |
|---|---|---|
| 04/24/2008 | 35 | **ERRONEOUSLY E-FILED, DISREGARD**<br>MOTION to Appoint Counsel filed by Abe Williams, Jr. (far, COURT STAFF) (Filed on 4/24/2008) Modified on 4/25/2008 (far, COURT STAFF). (Entered: 04/24/2008) |

Loreta Soriano/CAND/09/USCOURTS



Loreta Soriano/CAND/09/USCOURTS

04/25/2008 07:51 AM

To   Felicia Reloba/CAND/09/USCOURTS@USCOURTS

cc

Subject   91--2589 JPV

Hi Felicia,
Re below case - this is closed in 1992 (USDC) and the USCA. Last activity in 1993 -15 years ago.
Pls make note that docket # 34 & 35 were in error and I will have it processed as a new case.
When the case is closed/dismissed and the plaintiff is sending documents/petitions/complaints that could be considered as a new case - it is to be processed as new case . Besides there is no law clerk assigned to Vukasin.
Thanks - let me know.
Loreta

CLOSED, E-Filing, HABEAS, ICMS, ProSe

Williams v. Ylst
Assigned to: Judge John P. Vukasin, Jr
Demand: $0

Case in other court:                92-16655

Date Filed: 08/13/1991
Date Terminated: 08/12/1992
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

Cause: 28:2254 Petition for Writ of Habeas Corpus
(State)

**Petitioner**
**Abe Williams, Jr.**                              represented by **Abe Williams, Jr.**
                                                            D-48163
                                                            Mule Creek State Prison
                                                            B-9-127L
                                                            P.O. Box 409040
                                                            Ione, CA 95640-9000
                                                            PRO SE

| 10/13/1993 | 32 | CERTIFIED COPY of USCA Order: affirming the decision of the District Court [22-1] (jlw, COURT STAFF) (Entered: 10/26/1993) |
|---|---|---|
| 10/26/1993 | 33 | CLERK's letter spreading the mandate to counsel. re appeal [22-1] (jlw, COURT STAFF) (Entered: 10/26/1993) |
| 04/24/2008 | 34 | MOTION to Vacate Judgment filed by Abe Williams, Jr. (Attachments: # 1 Part Two, # 2 Part Three, # 3 Part Four, # 4 Part Five, # 5 Part Six)(far, COURT STAFF) (Filed on 4/24/2008) (Entered: 04/24/2008) |
| 04/24/2008 | 35 | MOTION to Appoint Counsel filed by Abe Williams, Jr. (far, COURT STAFF) (Filed on 4/24/2008) (Entered: 04/24/2008) |



**ABE WILLIAMS, JR.**
**D-48163    B-9-127L**
**Mule Creek State Prison**
**P.O. BOX 409040**
**IONE, CA 95640-9000**

**Clerk of the, CALIFORNIA SUPREME COURT**
**450 GOLDEN GATE AVE.**
**SAN FRANCISCO, CA 94102-3483**

C/O _g. Hernandez 4/23/08_

RECEIVED

APR 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLOSED, HABEAS, ICMS, ProSe

# E-filing

## U.S. District Court
### California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:91-cv-02589-JPV
### Internal Use Only

CV 08    2167 (PR)

MHF

Williams v. Ylst
Assigned to: Judge John P. Vukasin, Jr
Demand: $0
Case in other court: 92-16655
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/13/1991
Date Terminated: 08/12/1992
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Abe Williams, Jr.**

represented by **Abe Williams, Jr.**
D-48163
Mule Creek State Prison
B-9-127L
P.O. Box 409040
Ione, CA 95640-9000
PRO SE

V.

**Respondent**

**Warden Eddie Ylst**

represented by **Bill Lockyer**
CA State Attorney General's Office
455 Golden Gate Ave
Suite 11000
San Francisco, CA 94102-7004
415-703-5853
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Williamson**
CA State Attorney General's Office
455 Golden Gate Ave
Suite 11000
San Francisco, CA 94102-7004
415-703-5853
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Hideki Sugiyama**
CA State Attorney General's Office
455 Golden Gate Ave
Suite 11000
San Francisco, CA 94102-7004
415-703-5853
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Stuart Kaye**
CA State Attorney General's Office

455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004
415-703-5853
Fax: 415-703-1234
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Morris Beatus**
CA State Attorney General's Office
455 Golden Gate Ave
Suite 11000
San Francisco, CA 94102-7004
415-703-5853
Email: morris.beatus@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/1991 | 1 | PETITION FOR WRIT OF HABEAS CORPUS (no process) (tl, COURT STAFF) (Entered: 08/14/1991) |
| 08/13/1991 | 1 | In forma pauperis Affidavit (tl, COURT STAFF) (Entered: 08/14/1991) |
| 08/13/1991 | 2 | MEMORANDUM by plaintiff Abe Williams Jr. in support of habeas corpus petition [1-1] (tl, COURT STAFF) (Entered: 08/14/1991) |
| 08/13/1991 | 2 | EXHIBITS re memorandum [2-1] (tl, COURT STAFF) (Entered: 08/14/1991) |
| 12/26/1991 | 3 | ORDER TO SHOW CAUSE: by Judge John P. Vukasin Jr. and for issuance of summons (cc: all counsel) (jlw, COURT STAFF) (Entered: 12/27/1991) |
| 12/31/1991 | | SUMMONS issued as to defendant Eddie Ylst (jlw, COURT STAFF) (Entered: 12/31/1991) |
| 01/24/1992 | 4 | EX-PARTE APPLICATION by defendant Eddie Ylst to extend time to answer petition (jlw, COURT STAFF) (Entered: 01/27/1992) |
| 01/24/1992 | 5 | DECLARATION by Martin S. Kaye on behalf of defendant Eddie Ylst re motion to extend time to answer [4-1] (jlw, COURT STAFF) (Entered: 01/27/1992) |
| 01/24/1992 | | RECEIVED Order ( defendant Eddie Ylst ) re: [4-1] (jlw, COURT STAFF) (Entered: 01/27/1992) |
| 01/31/1992 | 6 | ORDER by Judge John P. Vukasin Jr. granting motion to extend time to answer [4-1] to 2/24/92 ( Date Entered: 2/4/92) (cc: all counsel) (jlw, COURT STAFF) (Entered: 02/04/1992) |
| 02/21/1992 | 7 | EX-PARTE APPLICATION by defendant Eddie Ylst second request to extend time to answer the petition , respondent requests a 28 day extension of time from the current due date of 2/24/92 (jlw, COURT STAFF) (Entered: 02/24/1992) |
| 02/21/1992 | 8 | DECLARATION by Martin S. Kaye on behalf of defendant Eddie Ylst re motion second request to extend time to answer the petition [7-1] (jlw, COURT STAFF) (Entered: 02/24/1992) |
| 02/21/1992 | | RECEIVED Order ( defendant Eddie Ylst ) re: [7-1] (jlw, COURT STAFF) (Entered: 02/24/1992) |
| 02/24/1992 | 9 | ORDER by Judge John P. Vukasin Jr. extending time for respondent to file answer to Petition to 3/23/92 ( Date Entered: 2/28/92) (cc: all counsel & writ clerk) (jlw, COURT |

| | | |
|---|---|---|
| | | STAFF) (Entered: 02/28/1992) |
| 03/23/1992 | | RECEIVED Exhibit A of Points & Authorities in support of The Answer to the Order to Show Cause submitted by defendant Eddie Ylst (jlw, COURT STAFF) (Entered: 03/24/1992) |
| 03/23/1992 | | RECEIVED Exhibit B of the Points & Authorities in support of Order to Show Cause submitted by defendant Eddie Ylst (jlw, COURT STAFF) (Entered: 03/24/1992) |
| 03/23/1992 | | RECEIVED Exhibit B of Points & Authorities in support of The Answer to the Order to Show Cause submitted by defendant Eddie Ylst (jlw, COURT STAFF) (Entered: 03/24/1992) |
| 03/23/1992 | | RECEIVED Exhibit B of the Points & Authorities in support of the Answer to the Order to Show Cause submitted by defendant Eddie Ylst (jlw, COURT STAFF) (Entered: 03/24/1992) |
| 03/23/1992 | | RECEIVED Exhibit B of the Points & Authorities in support of the Answer to the Order to Show Cause submitted by defendant Eddie Ylst (jlw, COURT STAFF) (Entered: 03/24/1992) |
| 03/23/1992 | | RECEIVED Exhibit C-L of the Points in Authorities in support of the Answer to the Order to Show Cause submitted by defendant Eddie Ylst (jlw, COURT STAFF) (Entered: 03/24/1992) |
| 03/23/1992 | | RECEIVED Exhibit M & N of the Points and Authorities in support of the Answer to the Order to Show Cause submitted by defendant Eddie Ylst (jlw, COURT STAFF) (Entered: 03/24/1992) |
| 03/23/1992 | 10 | RESPONSE by defendant Eddie Ylst re order to show cause [3-1] (jlw, COURT STAFF) (Entered: 03/25/1992) |
| 03/23/1992 | 11 | MEMORANDUM by defendant Eddie Ylst in support of response [10-1] (jlw, COURT STAFF) (Entered: 03/25/1992) |
| 04/07/1992 | 12 | EX-PARTE APPLICATION by plaintiff Abe Williams Jr. to extend time to file petitioner's traverse until 4/14/92 (jlw, COURT STAFF) (Entered: 04/08/1992) |
| 04/07/1992 | | RECEIVED Declaration of petitioner submitted by plaintiff Abe Williams Jr. in support of ex parte application re: [12-1] (jlw, COURT STAFF) (Entered: 04/08/1992) |
| 04/07/1992 | 13 | ORDER by Judge John P. Vukasin Jr. extending time for petitioner to file petitioner's traverse until 4/14/92 ( Date Entered: 4/8/92) (cc: all counsel) (jlw, COURT STAFF) (Entered: 04/08/1992) |
| 04/15/1992 | 14 | RETURN OF SERVICE unexecuted - attempted as to defendant Eddie Ylst, defendant no longer employed at the Medical Facility, mailed 1/2/92 and no response (jlw, COURT STAFF) (Entered: 04/16/1992) |
| 04/17/1992 | 15 | APPLICATION by plaintiff Abe Williams Jr. for leave to file Memorandum of Points & Authorities in excess of 25 pages (jlw, COURT STAFF) (Entered: 04/20/1992) |
| 04/17/1992 | | RECEIVED Traverse to return answer to Petition for Writ of Habeas Corpus; Memorandum of Points & Authorities submitted by plaintiff Abe Williams Jr. re: [15-1] (jlw, COURT STAFF) (Entered: 04/20/1992) |
| 04/17/1992 | 16 | TRAVERSE by plaintiff Abe Williams Jr. to response [10-1] (fs, COURT STAFF) (Entered: 04/21/1992) |
| 04/17/1992 | 17 | ORDER by Judge John P. Vukasin Jr. granting petitioner leave to file memorandum in excess of 25 pages ( Date Entered: 4/30/92) (cc: all counsel) (jlw, COURT STAFF) (Entered: 04/30/1992) |
| 05/04/1992 | 18 | REQUEST by plaintiff Abe Williams Jr. for Status of Case (jlw, COURT STAFF) |

| | | |
|---|---|---|
| | | (Entered: 05/05/1992) |
| 07/01/1992 | 19 | ORDER by Judge John P. Vukasin Jr. denying habeas corpus petition [1-1], except in respect to petitioner's claim relating to prejudicial statements allegedly made by the trial judge, as to the remaining claim, respondent shall provide this court with a transcript of the 9/11-9/23/86, voir dire within 30 days from the date of this order ( Date Entered: 7/2/92) (cc: all counsel & writ clerk) (jlw, COURT STAFF) Modified on 07/29/1992 (Entered: 07/02/1992) |
| 07/13/1992 | 20 | MOTION by plaintiff Abe Williams Jr. for an order to extend time for appeal (jlw, COURT STAFF) (Entered: 07/14/1992) |
| 07/13/1992 | 21 | DECLARATION by Abe Williams on behalf of plaintiff Abe Williams Jr. in support of motion for order extending time for appeal (jlw, COURT STAFF) (Entered: 07/15/1992) |
| 07/15/1992 | 22 | NOTICE OF APPEAL by plaintiff Abe Williams Jr. from Dist. Court decision order [19-1] ifpp (jlw, COURT STAFF) (Entered: 07/15/1992) |
| 07/15/1992 | 23 | REQUEST by plaintiff Abe Williams Jr. for issuance of certificate of probable cause (jlw, COURT STAFF) (Entered: 07/15/1992) |
| 07/16/1992 | | Docket fee notification form and case information sheet to USCA [22-1] (jlw, COURT STAFF) (Entered: 07/17/1992) |
| 07/16/1992 | | Copy of notice of appeal and docket sheet to all counsel (jlw, COURT STAFF) (Entered: 07/17/1992) |
| 07/31/1992 | 24 | RESPONSE by defendant Eddie Ylst re order [19-1] (jlw, COURT STAFF) (Entered: 08/03/1992) |
| 08/04/1992 | 25 | RESPONSE by defendant Eddie Ylst to Order for expansion of the record (jlw, COURT STAFF) (Entered: 08/05/1992) |
| 08/12/1992 | 26 | ORDER by Judge John P. Vukasin Jr. denying habeas corpus petition on remaining claim of racial bias dismissing case ; appeal filing ddl 9/16/92 ( Date Entered: 8/17/92) (cc: all counsel) (lrc, COURT STAFF) (Entered: 08/17/1992) |
| 09/08/1992 | 27 | ORDER by Judge John P. Vukasin Jr. denying Certificate of Probable Cause to Appeal ( Date Entered: 9/11/92) (cc: all counsel & writ clerk) (jlw, COURT STAFF) (Entered: 09/11/1992) |
| 09/29/1992 | | RECORD on Appeal to USCA, cnsl notified. re appeal [22-1] (jlw, COURT STAFF) (Entered: 10/16/1992) |
| 10/15/1992 | 28 | RECEIPT Filed for receipt of record on appeal sent to USCA (jlw, COURT STAFF) (Entered: 10/16/1992) |
| 10/16/1992 | | NOTIFICATION by Circuit Court of Appellate Docket Number 92-16655 (jlw, COURT STAFF) (Entered: 10/16/1992) |
| 12/01/1992 | 29 | CERTIFIED COPY of USCA Order: The Request for Certificate of Probable Cause is granted. Appellant is granted leave to proceed in forma pauperis. (jlw, COURT STAFF) (Entered: 12/03/1992) |
| 12/03/1992 | | CERTIFICATE of Record mailed to USCA, counsel notified. (jlw, COURT STAFF) (Entered: 12/03/1992) |
| 12/09/1992 | 30 | RECEIPT for return of [22-1] (jlw, COURT STAFF) Modified on 12/10/1992 (Entered: 12/10/1992) |
| 05/26/1993 | | RECORD on Appeal to USCA, cnsl notified. re appeal [22-1] Sent to Judge O'Scannlain 313 Pioneer Courthouse, 555 S.W. Yamhill Street, Portland, OR 97204, Appeal #92-16655 (jlw, COURT STAFF) (Entered: 05/26/1993) |

| 06/01/1993 | 30 | RECEIPT FILED for receipt of record on appeal sent to: USCA Judge O'Scannlain, 313 Pioneer Courthouse, 555 S.W. Yamhill St., Portland, OR 97204 (jlw, COURT STAFF) (Entered: 06/03/1993) |
|---|---|---|
| 09/28/1993 | 31 | RECORD ON APPEAL RETURNED FROM USCA [22-1] (jlw, COURT STAFF) (Entered: 10/01/1993) |
| 10/13/1993 | 32 | CERTIFIED COPY of USCA Order: affirming the decision of the District Court [22-1] (jlw, COURT STAFF) (Entered: 10/26/1993) |
| 10/26/1993 | 33 | CLERK's letter spreading the mandate to counsel. re appeal [22-1] (jlw, COURT STAFF) (Entered: 10/26/1993) |
| 04/24/2008 | 34 | **ERRONEOUSLY E-FILED, DISREGARD** MOTION to Vacate Judgment filed by Abe Williams, Jr. (Attachments: # 1 Part Two, # 2 Part Three, # 3 Part Four, # 4 Part Five, # 5 Part Six)(far, COURT STAFF) (Filed on 4/24/2008) Modified on 4/25/2008 (far, COURT STAFF). (Entered: 04/24/2008) |
| 04/24/2008 | 35 | **ERRONEOUSLY E-FILED, DISREGARD** MOTION to Appoint Counsel filed by Abe Williams, Jr. (far, COURT STAFF) (Filed on 4/24/2008) Modified on 4/25/2008 (far, COURT STAFF). (Entered: 04/24/2008) |