1  ABE WILLIAMS, JR.
2  M.C.S.P       CDCR No.: D-48163
3  P.O. Box 409040
4  IONE, CALIFORNIA 95640
5  (In Pro Per)

ORIGINAL FILED
CV 08   2167 E-filing (PR)

7  IN THE UNITED STATES DISTRICT COURT FOR
8  THE **NORTHERN** DISTRICT OF CALIFORNIA

10 ABE WILLIAMS, JR.          )   CASE NO.: C-H-02589-JPV
11        Petitioner          )   REQUEST FOR APPOINTMENT OF COUNSEL
12        Vs.                 )
13 M. MARTEL (A) Warden       )
14        Respondent          )

(F.R.C.P., Rule 60(b)(6) Motion)

16   Petitioner is proceeding pro se with an application for ~~Writ of Habeas Corpus pursuant to~~
17 28 U.S.C. § 2254, and has requested authority to proceed In forma pauperis. Congress has
18 authorized the appointment of counsel in Section 2254 proceedings to represent indigent
19 petitioners when the interest of justice so require. 18 U.S.C. § 3006 (a) (2) (B). Petitioner avers
20 that the interest of justice require that counsel be appointed, in that:
21   1. Petitioner is not trained in the law, is confined in state prison, and has limited law
22 library access for purposes of researching the law and preparing pleadings;
23   2. Petitioner's application for the petition states prima facie case that petitioner has been
24 and is being deprived of liberty in violation of the Constitution of the United States and;
25   3. Respondents have the benefit of counsel.
26 Accordingly, petitioner request the appointment of counsel.
27 DATED: April 23, 2008                           *Abe Williams Jr.*
28                                                 Signature of Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABE WILLIAMS, JR.

v.

M. MARTEL (A) WARDEN

Case Number: C-91-02589-JPV

/

**PROOF OF SERVICE BY MAIL**

I hereby certify that on APRIL 23, 2008, I served a copy of the attached *Appointment of Counsel for* F.R.C.P., RULE 60(b)(6) MOTION,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at IONE, CALIFORNIA 95640 :

Clerk, of the United States Northern District Court
450 GOLDEN GATE AVE.,
SAN FRANCISCO, CA 94102-3483

I declare under penalty of perjury that the foregoing is true and correct.

*Abe Williams Jr.*
ABE WILLIAMS, JR.