```
 1  ABE WILLIAMS, JR.
    D-48163  B-9-127L
 2  Mule Creek State Prison
    P.O. Box 409040
 3  Ione, CA 95640-9000
    IN PRO PER
 4
```



FILED
08 AUG -6 ...
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV-08-2167 MHP (PR)

| | |
|---|---|
| ABE WILLIAMS, JR.,<br><br>  Petitioner,<br><br>v.<br><br>M. MARTEL, (A) Warden,<br><br>  Respondent.<br>_____/ | No. C-~~91-02589-JPV~~<br><br>PETITIONER'S NOTIFICATION OF RESPONDENT'S FAILURE TO FILE RESPONSE/OPPOSITION, OR A STATEMENT OF NONOPPOSITION TO "PETITIONER'S NOTICE AND MOTION TO VACATE HABEAS JUDGEMENT, PURSUANT TO FRCP, RULE 60(b)(6) [Filed April 24, 2008]"; AND REQUEST FOR AN IMMEDIATE DECISION ON THE MERITS. |

   Comes now Petitioner, Abe Williams, Jr., formally notifying this Court that Respondent has failed to file a timely response / opposition or nonopposition to Petitioner's F.R.C.P., Rule 60(b)(6) motion filed on April 24, 2008.

   Petitioner seek this Court now hold that Respondent has defaulted and/or waived the right to file any response to Petitioner's Rule 60(b)(6) motion, by failing to comply with applicable Rules of FRCP and Northern District Local Rule 7-3 (a) and (b). Petitioner additionally seeks this Court, immediately, or as soon as possible render a decision on the merits of his Rule 60(b)(6) motion.

Pet.'s Notification Of Repondt.'s Failure to Respond ....1

## INTRODUCTION

On April 24, 2008, Petitioner filed his "Notice And Motion Pursuant to F.R.C.P., Rule 60(b)(6)" [Case No. C-91-02589-JPV], which contained both notice of hearing date (i.e., June 23, 2008) and hearing time (i.e., 10:00 a.m.), in compliance with F.R.C.P. and Local Rules.

Additionally, Petitioner mailed Respondent a copy of his Rule 60(b)(6) motion via prison mail on April 23, 2008 (See, copy of Petitioner's attached Exhibit **A**, a copy of Mule Creek State Prison's Outgoing Legal Mail Log, along with its attached Declaration in support).

## SUPPORTING FACTS

Petitioner was convicted in State court for second degree murder which occurred on May 27, 1984 and sentenced to 15 years to life, plus three one year enhancements on January 13, 1987. On direct appeal, Petitioner raised the issue (inter alia) that his federal constitutional rights were violated at trial, when he as a pro per defendant, was involuntarily absented during the critical stage of jury reinstruction. On this issue, the State appellate court found error but deemed it harmless under the Federal _CHAPMAN_ harmless error standard. After being denied in the California State Supreme Court, Petitioner filed a round of post-conviction habeas petitions, exhausting all state judicial remedies. Petitioner then filed a federal habeas petition in the Northern District Court raising (inter alia) that his federal constitutional rights were violated when he was involuntarily absented (as a pro per defendant) during the

Pet.'s Notification Of Repondt.'s Failure to Respond ....2

critical stage of jury reinstruction. The federal district court also found this error harmless under _CHAPMAN_. Petitioner filed for and received a certificate of probable cause in the Ninth Circuit Court of Appeals, however, ultimately the Ninth Circuit upheld the District Court's decision. Petitioner then filed for and received permission to file a petition for rehearing in the Ninth Circuit, however, that petition was ultimately denied as well.

### ARGUMENT

Northern District Court Local Rule 7-2(a) requires that "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." Local Rule 7-2(b) requires that a motion must contain on the first page, "notice of hearing date and time".

Local Rule 7-3(a) provides at relevant part [OPPOSITION] "Any opposition to a motion must be served and filed not less than 21 days before the hearing date". Local Rule 7-3(b) [STATEMENT OF NONOPPOSITION] provides "If the party against whom the motion is directed does not oppose the motion, the party must file with the Court a Statement of Nonopposition within the time for filing and serving any opposition".

Pursuant to the above Local Rules, Petitioner mailed the Respondent a copy of his Notice and Motion pursuant to F.R.C.P., Rule 60(b)(6), on April 23, 2008, via Mule Creek State Prison legal mail procedures, as is documented on attached Exhibit "A", a copy of Petitioner's MCPS's outgoing

Pet.'s Notification Of Repondt.'s Failure to Respond ....3

legal mail log. Therefore, Respondent had 61 days from the date Petitioner served Respondent via prison mail, to file an opposition or nonoppostiion to the 60(b)(6) motion. Thus, Petitioner's motion allotted Respondent considerable more time to respond then the 21 days afforded pursuant to Local Rule 7-3(a).

Based on the above, Respondent has defaulted / waived its right to respond, therefore, Petitioner request the Court immediately rule on the merits of his motion, based on the pleadings currently before the Court and grant motion in its entirety.

### A. JUSTIFICATION FOR IMMEDIATE RELIEF

As noted, and well documented in Petitioner's "Notice And Motion Pursuant to F.R.C.P., Rule 60(b)(6)", Petitioner thoroughly exhausted "all" his state and federal judicial remedies on the claim that, as a pro per defendant, he was involuntarily absented during the critical stage of reinstruction of the jury; It is also well documented that both state and federal courts applied an erroneous standard of review to this claim on direct appeal and in post-conviction habeas proceedings. Both state and federal courts applied the *CHAPMAN* harmless error test, instead of the correct **"structural error"** standard of review required by United States Supreme Court precedent. Had both state and federal courts applied the correct "structural error" standard of review, petitioner case would have required automatic reversal; Especially in this case, where neither respondent nor any prior state or federal

Pet.'s Notification Of Repondt.'s Failure to Respond ....4

court has ever alleged much less argued, that petitioner's advisory counsel had either express or implicit permission from Petitioner to act in his behalf at this critical proceedings.

Therefore, unlike most Rule 60(b) motions, where the discussions primarily evolves around the Petitioner's reasons for the late filing of the motion, in this case, the fault rest solely in the hands of the state and federal courts. That is, Petitioner filed all appropriate pleadings after each court denial but the courts continued to deny relief based on their erroneous legal analysis and standards of review.

There has never been more truth in the old axiom "**justice delayed is justice denied**" then in Petitioner's motion before this Court. It has been over 24-years since petitioner's arrest and conviction, and over 19-years years since the state appellate court's direct appeal decision became final, and over 14-years since Petitioner's federal district court's and Ninth Circuit's denials became final. Considering the fact, that had the state and federal courts applied the correct United States Supreme Court precedent [McKlaskle v. Wiggins (1984) 465 U.S. 168] and the correct **structural error** analysis and review, instead of the erroneous "harmless error" legal analysis and review, Petitioner's case would have **mandated** reversal based on the undisputed facts of this claim (See, Frantz v. Hazey 2008 DJDAR 1110, Feb. 2008).

WHEREFORE, Petitioner request this Court act with undue haste to correct the federal Court's erroneous 1992 habeas denial decision because it represents a "miscarriage of

Pet.'s Notification Of Repondt.'s Failure to Respond ....5

1  justice" and a "manifest injustice" of the highest order.

2  Dated: July 30, 2008

3  *[signature: Abe Williams]*

4           Abe Williams, Jr.
              In Pro Per

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pet.'s Notification Of Repondt.'s Failure to Respond ....6

# EXHIBIT COVER PAGE 
EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: __/__ pages.

JURISDICTION: (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☒ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury



pproved for
se with
 dicial
ouncil forms
an. 1, 1997)

LOOKUP BY CDC

7/15/2008

| LAST NAME | CDCNO | YA | HOUS | DATE | O | I | FROM | TO | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| WILLIAMS | D48163 | B | 9-127 | 01/02/2008 | F | | SUP CT CALIF ALAMEDA | | |
| WILLIAMS | D48163 | B | 9-127 | 01/09/2008 | F | | WILLIAMS | | EB887871760US  CERT MAIL |
| WILLIAMS | D48163 | B | 9-127 | 02/19/2008 | T | | | FIRST DIST CT  SF | |
| WILLIAMS | D48163 | B | 9-127 | 03/11/2008 | F | | FIRST DIST CT APPEAL SF | | |
| WILLIAMS | D48163 | B | 9-127 | 04/07/2008 | F | | INEZ WILLIAMS | | EB889159628US CERT MAIL |
| WILLIAMS | D48163 | B | 9-127 | 04/23/2008 | T | | | DEPT JUSTICE ATTY GEN SF | |
| WILLIAMS | D48163 | B | 9-127 | 04/23/2008 | T | | | US CT APPEALS  SF | |
| WILLIAMS | D48163 | B | 9-127 | 04/23/2008 | T | | | SCOTT MATHER ATTY GEN  SF | |
| WILLIAMS | D48163 | B | 9-127 | 04/23/2008 | T | | | US DIST CT  SF | |
| WILLIAMS | D48163 | B | 9-127 | 04/24/2008 | T | | | CALIF SUP CT  SF | |
| WILLIAMS | D48163 | B | 9-127 | 04/29/2008 | F | | US DIST CT  SF | | |
| WILLIAMS | D48163 | B | 9-127 | 04/29/2008 | F | | US DIST CT  SF | | |
| WILLIAMS | D48163 | B | 9-127 | 05/05/2008 | T | | | NORT. DIST CT CALIF  SF | |
| ABEL | D48163 | B | 9-127 | 05/05/2008 | T | | | CALIF SUP CT  SF | |
| WILLIAMS | D48163 | B | 9-127 | 05/07/2008 | T | | | US DIST CT  LA | |
| WILLIAMS | D48163 | B | 9-127 | 05/09/2008 | F | | CALIF ST SUP CT | | |
| WILLIAMS | D48163 | B | 9-127 | 06/17/2008 | T | | | TODD BEQUETTE  FREMONT CA | |
| WILLIAMS | D48163 | B | 9-127 | 06/17/2008 | T | | | BILLUPS DARRL J. LAW HAYWARD CA | |

1  ABE WILLIAMS, JR.
   D-48163  B-9-127L
2  Mule Creek State Prison
   P.O. Box 409040
3  Ione, CA 95640-9000
   IN PRO PER
4



5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8  ABE WILLIAMS, JR.                  No. C-91-02589-JPV

9          Petitioner,

10 v.                                 DECLARATION IN SUPPORT OF
                                      PETITIONER'S NOTIFICATION OF
                                      RESPONDENT'S FAILURE TO FILE
11 M. MARTEL, (A) Warden,             RESPONSE/OPPOSITION OR A
                                      STATEMENT OF NONOPPOSITION
12         Respondent.                TO "PETITIONER'S NOTICE AND
   _____/       MOTION TO VACATE HABEAS
13                                    JUDGEMENT, PURSUANT TO FRCP,
                                      RULE 60(b)(6) [Filed April
14                                    24, 2008]"; AND REQUEST FOR
                                      A IMMEDIATE DECISION ON THE
15                                    MERITS.

16     I, Abe Williams, Jr., declare,

17     1. All factual allegations made in "etitioner's

18 Notification Of Respondent's Failure To File

19 Response/Opposition To Nonopposition To "Petitioner's Notice

20 And Motion To Vacate Habeas Judgment, Purusant To FRCP, Rule

21 60(b)(6) [Filed April 24, 2008]; And Request For An Immediate

22 Decison On The Merits", are true and correct unless expressly

23 declared otherwise based upon my knowledge and/or belief.

24     2. All documents and exhibits attached to this pleading,

25 are correct and true copies of the originals, unless expressly

26 declared otherwise based upon my knowledge and/or belief.

27     I, Abe Williams, Jr., declare the above is true and

28 Pet.'s Notification Of Repondt.'s Failure to Respond ....7

1  correct under penalty of perjury.

2

3  Dated: July 30, 2008

4

5  *[signature: Abe Williams]*

6              Abe Williams, Jr.
                 In Pro Per
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pet.'s Notification Of Repondt.'s Failure to Respond ....8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABE WILLIAMS, JR.,
Petitioner

v.

M. MARTEL (A) Warden,
Respondent.

Case Number: C-91-02589-JPV

PROOF OF SERVICE
BY MAIL

I hereby certify that on July 30, 2008, I served a copy of the attached Petitioner's Notification of Respodent's Failure To Respond .... And Request For Relief,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Ione, CA 95640:

① Office of the Clerk
U.S. District Court - Northern District of California
450 Golden Gate Ave, 16th Fl.
San Francisco, CA 94102

② Office of the State Attorney General
San Francisco Office
455 Golden Gate Ave, Ste. 11000
San Francisco, CA 94102-3664

I declare under penalty of perjury that the foregoing is true and correct.

*Abe Williams Jr.*

Abe Williams, Jr.