ORIGINAL

ABE WILLIAMS, JR.
D-48163   B-9-127L
Mule Creek State Prison
P.O. Box 409040
Ione, CA 95640-9000
In Pro Per

FILED
08 AUG -6 PM 1:02
RICHARD W. WICKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABE WILLIAMS, JR., | No. C-91-02589-JPV- CV-08-2167 MHP(PR) |
| Petitioner, | |
| v. | PETITIONER'S DECLARATION IN SUPPORT OF NOTICE AND MOTION TO VACATE JUDGMENT, PURSUANT TO F.R.C.P., RULE 60(b)(6), FILED APRIL 24, 2008. |
| M. MARTEL, (A) Warden, | |
| Respondent. | |

I, Abe Williams, Jr., declare,

1) All the factual allegations made in my F.R.C.P., Rule (60)(b)(6) motion, filed April 24, 2008, are true and correct unless expressly declared otherwise based upon my knowledge belief.

2). All documents and exhibits attached to my Rule 60(b)(6) motion are the true and correct copies of the originals, unless expressly declared otherwise upon my knowledge and belief.

I, Abe Williams, Jr., declare the above is true and correct under the penalty of perjury.

Dated: July 24, 2008

*[signature]*

Abe Williams, Jr.
In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABE WILLIAMS, JR.

        Petitioner,

v.

        Case Number: C-91-02589-JPV

M. MARTEL (A) WARDEN,

        Repondent.

**PROOF OF SERVICE BY MAIL**

I hereby certify that on July 30, 2008, I served a copy of the attached PETITIONER'S DECLARATION IN SUPPORT OF NOTICE AND MOTION TO VACATE JUDGEMENT... PURSUANT TO FRCP, R. 60(B)(6) by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at IONE, CA 95640:

OFFICE OF THE CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE., 16th FL.
SAN FRANCISCO, CA 94102

OFFICE OF THE STATE ATTORNEY GENERAL
SAN FRANCISCO OFFICE
455 GOLDEN GATE AVE., STE. 11000
SAN FRANCISCO, CA 94102-3664

I declare under penalty of perjury that the foregoing is true and correct.

*[signature: Abe Williams]*

ABE WILLIAMS, JR.