CV-08-2167 MHP (PR)

Clerk of the Court,

Please find enclosed:

**FILED**
AUG 06 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1) <u>One</u> "Original" and <u>Four</u> "copies" of "Petitioners Notification Of Respondent's Failure To File Response/Opposition.... And Request For Immediate Decision On The Merits."

2) <u>One</u> "Original" and <u>Four</u> "copies" of "Petitioner's Declaration In Support Of Notice And Motion To Vacate Judgement, Pursuant To F.R.C.P., Rule 60(b)(6), Filed April 24, 2008.

Please file these pleadings with the Court and Return a copy of the "cover-sheet" of each pleading to me, in the enclosed "self-addressed-stamped-envelope" for my personal Records. Thank You.

Respectfully submitted

*Abe Williams Jr.*
Abe Williams, Jr.
In Pro Per

ABE WILLIAMS, JR.
D-48163    B-9-127L
M.C.S.P.
P.O. BOX 409040
IONE, CA 95640

Confi[dential]

Office of
United State[s]
Northern Dist[rict]
450 [...]
San Fran[cisco]

*ential Legal Mail*

$02.70

**RECEIVED**
AUG 6 2008   JPV
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

the Clerk
s District Court
rict of California
Golden Gate Ave, 16th Fl.
cisco, CA 94102

c/o B. Sweet 8-2-08

Case 3:08-cv-02167-MHP   Document 8   Filed 08/06/2008   Page 4 of 4