1  ABE WILLIAMS, JR.         **ORIGINAL**          FILED
   D-48163  B-9-127L
2  Mule Creek State Prison                    08 AUG 14  PM 2:29
   P.O. Box 409040
3  Ione, CA 95640-9000                        _____ W. WIEKING
   IN PRO PER                                 CLERK U.S. DISTRICT COURT
4                                             NORTHERN DISTRICT OF CALIFORNIA

5                  UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8  ABE WILLIAMS, JR.                 No. **CV-08-2167 MHP (PR)**
                                     [Prior # C-91-02589 JPV]
9
             Petitioner,
10
   v.                                PETITIONER'S EX PARTE NOTICE
11                                   TO DISTRICT JUDGE M.H. PATEL
   M. MARTEL, (A) Warden,            REGARDING PETITIONER'S FRCP,
12                                   RULE (60)(b)(6) MOTION
             Respondent.             [FILED April 24, 2008], AND,
13  _____/        SUBSEQUENT PLEADINGS [FILED
                                     AUGUST 6, 2008].
14
        Petitioner, Abe Williams, Jr., seeks *ex parte*
15
   communication with the Court regarding his F.R.C.P., Rule
16
   60(b)(6) motion filed April 24, 2008, and his subsequent
17
   "Declaration in Support" filed August 6, 2008, along with
18
   "Petitioner's Notification of Respondent's Failure to File
19
   Response/Opposition Or A Statement of Nonopposition to
20
   Petitioner's F.R.C.P., Rule 60(b)(6) Motion; And Request For
21
   Immediate Decision On The Merits" (also filed August 6, 2008).
22
        When filing the Rule 60(b)(6) motion, Petitioner included
23
   in the caption under case number, the actual case number of the
24
   District Court judgment he was seeking relief from, i.e., [# C
25
   91-02589 JPV]. And, despite Petitioner having filed his
26
   60(b)(6) motion in compliance with FRCP and Local Rules, giving
27
   both notification of date (June 23, 2008) and time (10:00 a.m.)
28
   Petitioner's Ex Parte Notice To District Judge MHP (PR)      /

1  for hearing, nonetheless, Respondent failed to either respond
2  in a timely manner or file a "Statement of Nonoppostion".

3      After Respondent failed to respond and the District Court
4  failed to issue any preliminary order or statement regarding
5  the Rule 60(b)(6) motion, Petitioner filed his August 6, 2006
6  "Notification" informing this Court of these facts. Petitioner
7  also filed those pleadings with a letter to the Clerk's office,
8  along with a self-addressed-stamped-envelope, asking the
9  Clerk's office to return his copies with the Court's stamped
10 filing date for my personal records. As a result of
11 Petitioner's August 6, 2008 filings, the Clerk of the Court
12 sent Petitioner his requested copies with court dated stamp
13 affixed. The clerk's office attached a note, informing
14 Petitioner to use the newly assigned Court Case Number [i.e.,
15 **CV-08-2167 MHP (PR)**], with all future filings. (See, attached
16 cover sheets of both Petitioner's Aug. 6, 2008 pleadings).

17     Because Petitioner appreciates the fact that the federal
18 courts are overburdened and need to maintain judicial economy,
19 Petitioner will try to address his concerns as briefly as
20 possible below:

21     Petitioner's 60(b)(6) motion demonstrates on its face,
22 that California's Appellate Court erroneous used the Federal
23 *harmless error* legal analysis and review on direct appeal. This
24 same erroneous legal analysis and standard of review was used
25 by both state and federal courts during Petitioner's post-
26 conviction habeas corpus proceedings, instead of the correct
27 *structural error* analysis and review (required by the United

28

Petitioner's Ex Parte Notice To District Judge MHP (PR)    *2*

1  States Supreme Court) on the issue of Petitioner being
2  "involuntarily" absented during the "critical stage" of jury
3  reinstruction. Petitioner's Rule 60(b)(6) motion also
4  demonstrates that at no time during his trial as a pro per
5  defendant, was advisory counsel ever given permission (express
6  of implied) to act in Petitioner's behalf during any critical
7  stage; Nor did Respondent, state or federal courts (on direct
8  appeal or post-conviction habeas proceedings), ever claim or
9  infer that Petitioner gave advisory counsel authority to act in
10  his behalf at any critical proceeding. Therefore, it clear the
11  state and federal courts erroneously denied Petitioner relief
12  on direct appeal and in post-conviction habeas proceedings.
13  There is absolutely no doubt, that in this particular case, had
14  the courts applied the proper legal analysis and standard of
15  review, *automatic* reversal would have been required as a matter
16  of Federal Constitutional law.

17       Additionally, the record in this case demonstrates that
18  Petitioner complied with every state and federal procedural and
19  time limitations requirement. This included, opposition to the
20  Magistrate's Findings and Recommendations, a motion for
21  reconsideration, a certificate of probable cause and appeals in
22  the Circuit Court, a request to file a petition for rehearing
23  and petition for rehearing in the Circuit Court. All these
24  courts ultimately denied relief based upon an erroneous federal
25  constitutional "legal analysis and standard of review".

26       Petitioner has served over "16 years" since the District
27  Court's and Ninth Circuit's erroneously denial of habeas

28

Petitioner's Ex Parte Notice To District Judge MHP (PR)   *3*

1 | petitions. Currently, months have passed without any response
2 | from the Respondent's or the District Court. And now, because a
3 | new case number has been assigned, it is reasonable to believe
4 | that much more time will be lost in this process.

5 | Sixteen years ago, I did what was required of me by
6 | applicable state and federal court rules in order to obtain the
7 | habeas relief due me; The courts, however, failed in their duty
8 | and obligations to me as an incarcerated, layman-at-law,
9 | indigent pro per. I know and understand that courts make
10 | mistakes, because court decisions and judgments are made by
11 | human beings, and by our very nature, we are all imperfect;
12 | therefore I cast no dispersions nor make blame.

13 | My question to you, your Honor, is:

14 | How much longer must I continue to carry the burden of
15 | those courts' erroneous decisions, when the error is theirs'
16 | alone? Especially, where over 16 years ago, I did everything
17 | humanly possible (as a prisoner) to correct the situation and
18 | obtain justice.

19 | Therefore, I humbly state, that any prompt resolution in
20 | this matter would be deeply and greatly appreciated.

22 | Respectfully submitted,

25 | Abe Williams, Jr.
In Pro Per

# EXHIBIT 1



ORIGINAL
FILED

1  ABE WILLIAMS, JR.
   D-48163  B-9-127L
2  Mule Creek State Prison        03 AUG -6 PM 1:03
   P.O. Box 409040
3  Ione, CA 95640-9000            RICHARD W. WIEKING
                                  CLERK, U.S. DISTRICT COURT
   IN PRO PER                     NORTHERN DISTRICT OF CALIFORNIA
4

5              UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7                              CV- 08- 2167 MHP(PR)
8  ABE WILLIAMS, JR.           No. ~C-91-02589-JPV~

9       Petitioner,

10 v.                          PETITIONER'S NOTIFICATION OF
                               RESPONDENT'S FAILURE TO FILE
11 M. MARTEL, (A) Warden,      RESPONSE/OPPOSITION, OR A
                               STATEMENT OF NONOPPOSITION
12      Respondent.            TO "PETITIONER'S NOTICE AND
                               MOTION TO VACATE HABEAS
13  _____/   JUDGEMENT, PURSUANT TO FRCP,
                               RULE 60(b)(6) [Filed April
14                             24, 2008]"; AND REQUEST FOR
                               AN IMMEDIATE DECISION ON THE
15                             MERITS.

16      Comes now Petitioner, Abe Williams, Jr., formally

17 notifying this Court that Respondent has failed to file a

18 timely response / opposition or nonopposition to Petitioner's

19 F.R.C.P., Rule 60(b)(6) motion fil

20      ‖                      NO S.A.S.E. enclosed.    has

21 defaul                                               o

22 Petiti                                               with

23 applic   Please use new case #                      e 7-3

24 (a) an   above for future filings.

25 immedia                                              the

26 merits                 Thank you.

27

28
   Pet.'s Notification Of Repondt.'s Failure to Respond ....1

ABE WILLIAMS, JR.
D-48163  B-9-127L
Mule Creek State Prison
P.O. Box 409040
Ione, CA 95640 9000
In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV-08-2167 MHP(PR)

ABE WILLIAMS, JR.,                      No. C-91-02589-JPV

        Petitioner,

v.                                      PETITIONER'S DECLARATION IN
                                        SUPPORT OF NOTICE AND
M. MARTEL, (A) Warden,                  MOTION TO VACATE JUDGMENT,
                                        PURSUANT TO F.R.C.P., RULE
        Respondent.                     60(b)(6), FILED APRIL 24,
_____/              2008.

I, Abe Williams, Jr., declare,

1) All the factual allegations made in my F.R.C.P., Rule
(60)(b)(6) motion, filed April 24, 2008, are true and
correct unless expressly declared otherwise based upon
my knowledge belief.

2). All documents and exhibits attached to my Rule
60(b)(6) motion are the true and correct copies of the
originals, unless expressly declared otherwise upon my
knowledge and belief.

I, Abe Williams, Jr., declare the above is true and
correct under the penalty of perjury.

Dated: July 24, 2008

                        Abe Williams, Jr.
                        In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN    DISTRICT OF CALIFORNIA

*ABE WILLIAMS, JR.,*
        *Petitioner,*

v.

*M. MARTEL, (A) Warden,*
        *Respondent.*

Case Number: *CV-08-2167 MHP (PR)*
*[Prior Case No. C-91-02589 JPV]*

**PROOF OF SERVICE**
**BY MAIL.**

I hereby certify that on *August 12, 2008*, I served a copy
of the attached *Petitioner's Ex Parte Notice To District*
*Judge M. H. Partel . . . . "*,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by

depositing said envelope in the United States Mail at *Ione, CA 95640* :

1) *Office of the Clerk*
*U.S. District Court*
*Northern District of California*
*450 Golden Gate Ave, 16th Fl.*
*San Francisco, CA 94102*

2) *Office of State Attorney General*
*San Francisco Office*
*455 Golden Gate Ave, Ste. 11000*
*San Francisco, CA 94102-3664*

I declare under penalty of perjury that the foregoing is true and correct.

*Abe Williams Jr.*



Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Ave, 16th Fl.
San Francisco CA 94102

RECEIVED
AUG 1 4 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

